IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cellular Communications Equipment LLC,<br><br>                Plaintiff,<br><br>  vs.<br><br>ZTE Corporation, et al.,<br><br>                Defendants. | Civil Action<br>No. 6:13-cv-511-LED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants, ZTE Corporation and ZTE (USA) Inc. file this Notice of Appearance, and hereby notify the Court that Inge Larish, of the law firm of Pillsbury Winthrop Shaw Pittman LLP, 501 West Broadway, Suite 1100, San Diego, California 92101; telephone 619.544.3119, facsimile 619.236.1995, e-mail: inge.larish@pillsburylaw.com has entered this action as counsel for Defendants, ZTE Corporation and ZTE (USA) Inc.  In connection with this notice, Ms. Larish requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the above address and contact information.

Dated:  October 10, 2013

                                                        PILLSBURY WINTHROP SHAW PITTMAN LLP
                                                        Inge Larish
                                                        inge.larish@pillsburylaw.com
                                                        TX State Bar No. 00796924
                                                        501 West Broadway, Suite 1100
                                                        San Diego, CA 92101
                                                        Phone: 619.544.3119
                                                        Fax: 619-236-1995


                                          By */s/ Inge Larish*
                                                    Inge Larish
                                                    Attorneys for Defendants
                                                    ZTE Corporation; and ZTE (USA) Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being serviced with a copy of this **NOTICE OF APPEARANCE OF COUNSEL,** *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 10th day of October 2013.

/s/Inge Larish
Inge Larish