# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** | § § § | |
| Plaintiff, | § | Civil Action No. 6:13-CV-00511-LED |
| v. | § § | PATENT CASE |
| **ZTE CORPORATION ET AL.,** | § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE OF DAVID ALAN BAILEY

ZTE Corporation and ZTE (USA) Inc. file this Notice and inform the Court that David Alan Bailey hereby enters his appearance as counsel in this matter for each of them on this 30th day of January, 2014.

DATED:  January 30, 2014

                                        Respectfully submitted,

                                         /s/ David A. Bailey
                                        Everett Upshaw, Managing Attorney
                                        State Bar of Texas No. 24025690
                                        David A. Bailey, of Counsel
                                        State Bar of Texas No. 24078177
                                        **LAW OFFICE OF EVERETT UPSHAW, PLLC**
                                        1204 Gano Street
                                        Dallas, Texas 75215
                                        P: (214) 680-6005
                                        F: (214) 865-6086
                                        Email: everettupshaw@everettupshaw.com
                                        Email: davidbailey@everettupshaw.com

                                        **ATTORNEYS FOR DEFENDANTS**
                                        **ZTE CORPORATION AND ZTE (USA) INC.**

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 30th day of January, 2014.


              /s/ David A. Bailey
              David A. Bailey