IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:13-CV-00511-LED |
| v. | § § | PATENT CASE |
| ZTE CORPORATION ET AL., | § § § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE OF EVERETT MCCLYDE UPSHAW**

ZTE Corporation files this Notice and informs the Court that Everett McClyde Upshaw hereby enters his appearance as lead counsel in this matter for ZTE Corporation on this 7th day of February, 2014.

DATED:  February 7, 2014

                                                                                                               Respectfully submitted,

                                                                                                               /s/ Everett Upshaw
                                                    Everett Upshaw, Managing Attorney
                                                    State Bar of Texas No. 24025690
                                                    David A. Bailey, of Counsel
                                                    State Bar of Texas No. 24078177
                                                    **LAW OFFICE OF EVERETT UPSHAW, PLLC**
                                                    1204 Gano Street
                                                    Dallas, Texas 75215
                                                    P: (214) 680-6005
                                                    F: (214) 865-6086
                                                    Email: everettupshaw@everettupshaw.com
                                                    Email: davidbailey@everettupshaw.com

                                                    **ATTORNEYS FOR DEFENDANTS**
                                                    **ZTE CORPORATION AND ZTE (USA) INC.**

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 7th day of February, 2014.


           /s/ Everett Upshaw
           Everett Upshaw