IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Cellular Communications Equipment LLC, | § § | Civil Action No. 6:13-cv-507-LED |
| v. | § § | LEAD CONSOLIDATED CASE |
| HTC Corporation, et al. | § § | |
| Cellular Communications Equipment LLC, | § § | Civil Action No. 6:13-cv-508-LED |
| v. | § § | |
| LG Electronics, Inc., et al. | § § | |
| Cellular Communications Equipment LLC, | § § | Civil Action No. 6:13-cv-509-LED |
| v. | § § | |
| Pantech Co., Ltd., et al. | § § | |
| Cellular Communications Equipment LLC, | § § | Civil Action No. 6:13-cv-511-LED |
| v. | § § | |
| ZTE Corporation, et al. | § § | |
| Cellular Communications Equipment LLC, | § § | Civil Action No. 6:13-cv-584-LED |
| v. | § § | |
| NEC Casio Mobile Communications Ltd., et al. | § § § | |

## NOTICE OF APPEARANCE FOR CELLCO PARTNERSHIP D/BA/ VERIZON WIRELESS

Defendant Cellco Partnership d/b/a Verizon Wireless files this Notice of Appearance of Counsel and hereby notifies the Court that Corrine M. Saylor of the law firm Winston & Strawn LLP, 1700 K. Street, N.W., Washington, D.C. 20006-3817 is appearing as counsel for Defendant Cellco Partnership d/b/a Verizon Wireless. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: April 7, 2014  Respectfully submitted,

*/s/ Corrine M. Saylor*
Corrine M. Saylor (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K. Street, N.W.
Washington, D.C. 20006-3817
Tel: 202-282-5000
Fax: 202-282-5100
csaylor@winston.com

**ATTORNEY FOR DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 7, 2014.

*/s/ Corrine M. Saylor*
Corrine M. Saylor