# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>v.<br><br>**HTC CORPORATION, ET AL.** | § § § § § § § § § | **Case No. 6:13-cv-507** |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>v.<br><br>**LG ELECTRONICS, INC., ET AL.** | § § § § § § § § § | **Case No. 6:13-cv-508** |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>v.<br><br>**PANTECH CO., LTD., ET AL.** | § § § § § § § § § | **Case No. 6:13-cv-509** |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>v.<br><br>**BLACKBERRY LIMITED, ET AL.** | § § § § § § § § § | **Case No. 6:13-cv-510** |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>v.<br><br>**ZTE CORPORATION, ET AL.** | § § § § § § § § § | **Case No. 6:13-cv-511** |

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>v.<br><br>**AMAZON.COM, INC., ET AL.** | §<br>§<br>§<br>§  **Case No. 6:13-cv-568**<br>§<br>§<br>§<br>§<br>§ |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>v.<br><br>**DELL INC.** | §<br>§<br>§<br>§  **Case No. 6:13-cv-569**<br>§<br>§<br>§<br>§ |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>v.<br><br>**NEC CASIO MOBILE COMMUNICATIONS, LTD., ET AL.** | §<br>§<br>§<br>§  **Case No. 6:13-cv-584**<br>§<br>§<br>§<br>§ |

# ORDER

Before the above-styled cases were consolidated, the Defendants in each case filed a motion to dismiss for failure to state a claim (Cause No. 6:13-cv-507, Docket No. 53; Cause No. 6:13-cv-508, Docket No. 49; Cause No. 6:13-cv-509, Docket No. 34; Cause No. 6:13-cv-510, Docket No. 43; Cause No. 6:13-cv-511, Docket No. 48; Cause No. 6:13-cv-568, Docket No. 28; Cause No. 6:13-cv-569, Docket No. 20; Cause No. 6:13-cv-584, Docket No. 46). Following consolidation, Plaintiff Cellular Communications Equipment LLC filed an Amended Complaint against all Defendants (Cause No. 6:13-cv-507, Docket No. 92). All Defendants in the consolidated action except Microsoft Corporation[1] subsequently filed motions to dismiss the

---

[1] All obligations for Microsoft Corporation are currently subject to a stay. *See* Cause No. 6:13-cv-507, Docket No. 122.

Amended Complaint for failure to state a claim (Cause No. 6:13-cv-507, Docket Nos. 107, 109, 110, 111, 112, 113, 114, 116).

Because the Amended Complaint supersedes Plaintiff's original Complaint and in light of the new motions to dismiss, the original motions to dismiss are now moot. Accordingly, the following motions are **DENIED AS MOOT**: Cause No. 6:13-cv-507, Docket No. 53; Cause No. 6:13-cv-508, Docket No. 49; Cause No. 6:13-cv-509, Docket No. 34; Cause No. 6:13-cv-510, Docket No. 43; Cause No. 6:13-cv-511, Docket No. 48; Cause No. 6:13-cv-568, Docket No. 28; Cause No. 6:13-cv-569, Docket No. 20; and Cause No. 6:13-cv-584, Docket No. 46.

**So ORDERED and SIGNED this 25th day of April, 2014.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**