IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|  |  |  |
|---|---|---|
| Cellular Communications Equipment LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:13-cv-511-LED |
| vs. | § § | |
| ZTE et al., | § § | |
| Defendants. | § § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants ZTE Corporation and ZTE (USA) Inc. file this Notice of Appearance and hereby notify the Court that William P. Atkins, of the law firm of Pillsbury Winthrop Shaw Pittman LLP, 1650 Tysons Boulevard, McLean, VA  22102-4856; telephone 703-770-7900, facsimile 703-770-7901, e-mail: william.atkins@pillsburylaw.com has entered this action as counsel for Defendants ZTE Corporation and ZTE (USA) Inc.  In connection with this notice, Mr. Atkins requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the below address and contact information.

Dated:  May 30, 2014

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:  */s/ William P. Atkins*
    William P. Atkins
    Pillsbury Winthrop Shaw Pittman LLP
    1650 Tysons Boulevard
    McLean, VA  22102-4856
    william.atkins@pillsburylaw.com
    Phone:  (703) 770-7900
    Fax:  (703) 770-7901

    *Attorneys for Defendants*
    *ZTE Corporation and ZTE (USA) Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **NOTICE OF APPEARANCE OF COUNSEL** via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 30th day of May 2014.

*/s/ William P. Atkins*
William P. Atkins