IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cellular Communications Equipment LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>ZTE Corporation, et al.,<br><br>    Defendants. | Civil Action No. 6:13-cv-511-LED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant ZTE (USA) Inc. respectfully files this Notice of Appearance and hereby notifies the Court that Callie A. Bjurstrom of the law firm of Pillsbury Winthrop Shaw Pittman LLP, 501 West Broadway, Suite 1100, San Diego, California 92101; phone (619) 544-3107, facsimile (619) 236-1995; e-mail: callie.bjurstrom@pillsburylaw.com has entered this action as counsel for Defendant, ZTE (USA) Inc. In connection with this notice, Ms. Bjurstrom requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the below address and contact information.

Dated: September 12, 2014  Respectfully submitted,

            PILLSBURY WINTHROP SHAW PITTMAN LLP

            By: */s/Callie A. Bjurstrom*
              Callie A. Bjurstrom
              California Bar No. 137816
              Callie.bjurstrom@pillsburylaw.com
              **PILLSBURY WINTHROP SHAW PITTMAN LLP**
              501 West Broadway, Suite 1100
              San Diego CA 92101
              (619) 544-3107
              Fax (619) 236-1995
              *Attorneys for Defendant ZTE (USA) Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being serviced with a copy of this Notice of Appearance, via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 12th day of September 2014.

By: */s/Callie A. Bjurstrom*
Callie A. Bjurstrom