# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | § | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § | |
| Plaintiff, | § | |
| v. | § | |
| HTC CORPORATION, ET AL. | § | 6:13-CV-0507-JRG |
| LG ELECTRONICS, INC., ET AL. | § | 6:13-CV-0508-JRG |
| PANTECH CO., LTD., ET AL. | § | 6:13-CV-0509-JRG |
| ZTE CORPORATION, ET AL. | § | 6:13-CV-0511-JRG |
| AMAZON.COM, INC., ET AL. | § | 6:13-CV-0568-JRG |
| DELL INC. | § | 6:13-CV-0569-JRG |
| APPLE INC., ET AL. | § | 6:14-CV-0251-JRG |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | § | 6:14-CV-0759-JRG |
| LG ELECTRONICS, INC., ET AL. | § | 6:14-CV-0982-JRG |
| SONY MOBILE COMMUNICATIONS INC., ET AL. | § | 6:14-CV-0983-JRG |
| KYOCERA CORPORATION, ET AL. | § | 6:15-CV-0049-JRG |

## ORDER

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3) and the local rules for the assignment of duties to United States magistrate judges, the Court hereby REFERS these cases to the Honorable K. Nicole Mitchell for all pretrial purposes.

**So ORDERED and SIGNED this 30th day of June, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE