IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

CELLULAR COMMUNICATIONS
EQUIPMENT LLC

v.

6:13CV507

CONSOLIDATED WITH 6:13CV511

HTC CORPORATION, ET AL

ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to **K. NICOLE MITCHELL** United States Magistrate Judge, for all further proceedings and entry of judgment in accordance with Title 28, U.S.C. 636(c) and the consent of the parties.

**So ORDERED and SIGNED this 14th day of October, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE